**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SERGIO ALFONSO ARREOLA-ARREOLA, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 09-71830 <br><br> Agency No. A011-434-117 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted December 8, 2011
San Francisco, California

Before: TROTT and BEA, Circuit Judges, and GEORGE, Senior District Judge.[**]

Sergio Alfonso Arreola-Arreola ("Arreola") petitions for review of the

Board of Immigration Appeals' order affirming the reinstatement of a prior order

of removal from the United States.  We have jurisdiction to review Arreola's

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The Honorable Lloyd D. George, Senior District Judge for the U.S. District Court for Nevada, sitting by designation.

challenge to the reinstatement order under 8 U.S.C. §1252(a). In exercising that jurisdiction, we are not precluded by 8 U.S.C. §1231(a)(5) from reviewing a collateral constitutional attack on the prior order of removal underlying the reinstatement order. 8 U.S.C. §1252(a)(2)(D).

Arreola's alleged deprivation of due process in his underlying removal proceedings cannot support his claim before this court: that his due process rights were violated by the reinstatement of that prior order. The "[r]einstatement of a prior removal order–regardless of the process afforded in the underlying order–does not offend due process because reinstatement of a prior order does not change the alien's rights or remedies." *Morales-Izquierdo v. Gonzales*, 486 F.3d 484, 497 (9th Cir. 2007) (*en banc*).

**AFFIRMED.**